**United States District Court**
For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8   In Re                                          No. C-13-3332 EMC (pr)

9   TOMMY D. C. BOYDEN,

10              Plaintiff.                          **ORDER OF DISMISSAL**
    _____/

11

12          This action was opened on July 17, 2013, when the Court received from Tommy D. C.

13  Boyden a letter concerning his medical care at the R. J. Donovan Correctional Facility.  On that date,

14  the Court notified Mr. Boyden in writing that his action was deficient in that he had not attached a

15  complaint and had not filed an *in forma pauperis* application.  The Court further notified him that

16  this action would be dismissed if he did not submit a complaint within twenty-eight days.  Mr.

17  Boyden did not file a complaint or otherwise respond to the notices.  Accordingly, this action is

18  **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject

19  matter jurisdiction.  The Clerk shall close the file.  No filing fee is due.

20

21          IT IS SO ORDERED.

22

23  Dated: December 16, 2013

24                                                 _____
                                                   EDWARD M. CHEN
25                                                 United States District Judge

26

27

28